# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE:   ROBIN EDUARDO GONZALEZ and<br>SAYI EVANGLISTA MARTINEZ,<br>         Debtors | Case No. 08-11939-ANV<br>Chapter 7 |

## MOTION OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. FOR RELIEF FROM THE AUTOMATIC STAY

Now comes Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans, Inc., successor to Mortgage Electronic Registration Systems, Inc., as nominee for Wilmington Finance (the "Lender") and moves for relief from the automatic stay existing pursuant to 11 U.S.C. § 362 to permit the Lender and/or its successors and/or assigns to exercise its rights under its loan documents, including the power of sale contained in its mortgage dated June 30, 2006, and recorded with the Records of Land Evidence in the City of Providence, Rhode Island, in Book 8144 at Page 148, and to exercise its possessory rights should the Lender and/or its successors and/or assigns become the successful purchaser at foreclosure, with respect to the real estate and improvements owned by Sayi Martinez and Robin Gonzalez, and located at 309 Bucklin Street, Providence, Rhode Island. The Lender further seeks relief in order to, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. The Lender may contact the Debtors via telephone or by written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a Reaffirmation Agreement. Countrywide Home Loans, Inc. services this loan for the Lender. The Lender also asks that, if the requested relief from stay is unopposed, it be granted a waiver of the ten day stay imposed by

**In Re:  Robin Eduardo Gonzalez and Sayi Evanglista Martinez
         Case No. 08-11939-ANV, Chapter 7**

Fed. R. Bankr. P. 4001 (a)(3).

In support thereof, the Lender relies on the attached Memorandum.

        MORTGAGE ELECTRONIC
        REGISTRATION SYSTEMS, INC.

        By Its Attorneys,

        PARTRIDGE SNOW & HAHN LLP

        /s/ Charles A. Lovell
        Charles A. Lovell (#4004)
        2364 Post Road, Suite 100
        Warwick, RI 02886
        (401)681-1900/FAX(401)681-1910
        cal@psh.com

Dated:  July 15, 2008

**WITHIN TEN (10) DAYS AFTER SERVICE, TWENTY (20) DAYS FOR U.S. GOVERNMENT OFFICERS AND AGENCIES THEREOF), AND AN ADDITIONAL THREE (3) DAYS PURSUANT TO FED. R. BANK P. 9006 (f) IF YOU WERE SERVED BY MAIL, ANY PARTY AGAINST WHOM THIS PAPER HAS BEEN SERVED, OR ANY OTHER PARTY TO THE ACTION WHO OBJECTS TO THE RELIEF SOUGHT THEREIN, SHALL SERVE AND FILE AN OBJECTION OR OTHER APPROPRIATE RESPONSE TO THIS PAPER WITH THE BANKRUPTCY COURT CLERK'S OFFICE, 380 WESTMINSTER STREET, 6TH FLOOR, PROVIDENCE, RHODE ISLAND 02903, (401)528-4477.  IF NO OBJECTION OR OTHER RESPONSE IS TIMELY FILED WITHIN THE TIME ALLOWED HEREIN, THE PAPER WILL BE DEEMED UNOPPOSED AND WILL BE GRANTED, UNLESS (1) THE REQUESTED RELIEF IS PROHIBITED BY LAW; OR (2) THE REQUESTED RELIEF IS AGAINST PUBLIC POLICY; OR (3) IN THE OPINION OF THE COURT, THE INTEREST OF JUSTICE REQUIRES OTHERWISE.**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 15th day of July, 2008, I electronically filed a Motion for Relief from the Automatic Stay with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System.  The following participants have received notice electronically: **Michael A. Tarro, Esquire; Charles A. Pisaturo, Jr., Esquire; Leonard DePasquale, Esquire, Office of the U.S. Trustee**; and I hereby certify that a copy of the Motion for Relief from the Automatic Stay was served by regular, first class mail, to the following interested parties as set forth below:

| | |
|---|---|
| Robin Eduardo Gonzalez | Sayi Evanglista Martinez |
| 309 Bucklin Street | 309 Bucklin Street |
| Providence, RI 02907 | Providence, RI 02907 |

**In Re:  Robin Eduardo Gonzalez and Sayi Evanglista Martinez
Case No. 08-11939-ANV, Chapter 7**

Mortgage Electronic Registration Systems, Inc.
P.O. Box 2026
Flint, MI 48501-2026

Countrywide Home Loans, Inc.
1800 Tapo Canyon Road
Simi Valley, CA 93063

City of Providence Tax Collector
25 Dorrance Street, Room 203
Providence, RI 02903

Narragansett Bay Commission
P.O. Box 9668, Dept. 25
Providence, RI 02940

                  /s/ Debra J. Demartini

995618_1/6301-1931

3